# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-20692-GLT |
| | : | |
| Dale A. Bowling | : | Chapter 7 |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Docket Text at Docket Number 15* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 30, 2019

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com
Attorney for Debtors

## MATRIX

Dale A. Bowling
1946 Anna Avenue
West Mifflin, PA 15122

Robert Shearer, Trustee
5703 Brewster Lane
Erie, PA 16505