Certificate Number: 14912-PAW-DE-032821210

Bankruptcy Case Number: 19-20692



14912-PAW-DE-032821210

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2019, at 12:40 o'clock AM EDT, Dale A. Bowling completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 15, 2019                By:   /s/Jai Bhatt

Name:   Jai Bhatt

Title:   Counselor