**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dale A Bowling** | Social Security number or ITIN **xxx−xx−3706** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **19−20692−GLT**

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dale A Bowling

7/3/19

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 19-20692-GLT
Dale A Bowling                                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: admin             Page 1 of 2              Date Rcvd: Jul 03, 2019
                               Form ID: 318            Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db             +Dale A Bowling,    1946 Anna Avenue,     West Mifflin, PA 15122-3604
14999835       +Allegent Community Fcu,    1001 Liberty Ave,    Pittsburgh, PA 15222-3714
14999845       +First Natl Bk Of Pa,    4140 E State St,    Hermitage, PA 16148-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Jul 04 2019 06:38:00     Robert Shearer,    5703 Brewster Lane,
                 Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2019 02:41:05      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jul 04 2019 02:41:47      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14999836       +EDI: AMEREXPR.COM Jul 04 2019 06:38:00     Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14999837        EDI: BANKAMER.COM Jul 04 2019 06:38:00     Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
14999838       +EDI: TSYS2.COM Jul 04 2019 06:38:00     Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
14999840       +EDI: CHASE.COM Jul 04 2019 06:38:00     Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14999841       +EDI: CITICORP.COM Jul 04 2019 06:38:00     Citicards Cbna,    Po Box 6241,
                 Sioux Falls, SD 57117-6241
14999842       +EDI: DISCOVER.COM Jul 04 2019 06:38:00     Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14999843       +E-mail/Text: bankruptcy.bnc@ditech.com Jul 04 2019 02:40:51      Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
14999844       +E-mail/Text: bankruptcynotice@fcbanking.com Jul 04 2019 02:40:43      First Commonwealth Ban,
                 22 North Sixth St,    Indiana, PA 15701-1802
14999846       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 04 2019 02:41:33      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14999847        EDI: STFM.COM Jul 04 2019 06:38:00     State Farm Bank, F.s.b,    Attn Credit Reporting,
                 Bloomington, IL 61702
14999848       +EDI: RMSC.COM Jul 04 2019 06:38:00     Syncb/care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
14999849       +EDI: RMSC.COM Jul 04 2019 06:38:00     Syncb/lowes,    Po Box 956005,   Orlando, FL 32896-0001
14999850       +EDI: WTRRNBANK.COM Jul 04 2019 06:38:00     Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
14999839        Best Buy/cbna
aty*           +Robert Shearer,    5703 Brewster Lane,    Erie, PA 16505-1109
                                                                                       TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Jul 05, 2019                              Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lawrence W. Willis    on behalf of Debtor Dale A Bowling ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
```

```
District/off: 0315-2            User: admin              Page 2 of 2              Date Rcvd: Jul 03, 2019
                                Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert   Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com

                                                                                                                                  TOTAL: 6